# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0559
LT Case No. 16-1973-CF-003177-A

_____

ROBERT MULLALY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Robert Mullaly, South Bay, pro se.

No Appearance for Appellee.

June 2, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____